**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Seung Hwa Lee, | ) CHAPTER 7 CASE NO.: 21-40304-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

**APPLICATION FOR AUTHORIZATION TO PAY TIFFANY E. CARON ESQ., FOR PROFESSIONAL SERVICES AND EXPENSES AS ATTORNEY FOR THE TRUSTEE**

TO: THE HONORABLE EDWARD J. COLEMAN III, UNITED STATES BANKRUPTCY JUDGE

**COMES NOW,** TIFFANY E. CARON, prays the Court for approval to pay Tiffany E. Caron Esq., attorney's fees in the amount of $9,320.00, for legal services rendered as attorney for the trustee, and reimbursement of expenses incurred in the amount of $150.69. In support of this application, applicant attaches hereto and makes a part hereof an itemized statement of services rendered by Tiffany E. Caron Esq., following her employment pursuant to this Court's order of October 17, 2022.

**WHEREFORE,** TIFFANY E. CARON prays that she be allowed reasonable attorney's fees of $9,320.00, plus reimbursement of expenses in the amount of $150.69, and for such other relief as is just and proper.

Dated this 1st day of May, 2023.

/s/Tiffany E. Caron
Tiffany E. Caron, Trustee

Prepared by:
TIFFANY E. CARON
ATTORNEY AT LAW
GA BAR NO. 745089
P.O. BOX 711
WEST PALM BEACH, FL 33402
(404) 647-9417

Printed: 05/01/23 02:10 PM

# Timesheet Report



**Trustee: Tiffany E. Caron (300630)**

**Period: 10/11/22 - 05/01/23**

**Case Number:** 21-40304-EJC **Case Name:** SEUNG H. LEE
**Case Type:** Asset **Judge:** Edward J. Coleman III
**Petition Date:** 05/11/21 **341a Meeting:** 11/07/22 12:00 PM

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 10/11/22 | PREPARATION | Prepared Application to Employ Realtor | 0.50 | $325.00 | $162.50 |
| 10/11/22 | PREPARATION | Prepared, filed and served Application to Employ Attorney for Trustee | 0.50 | $325.00 | $162.50 |
| 10/11/22 | PREPARATION | Prepared, filed and served Application to Employ Real Estate Agent | 0.50 | $325.00 | $162.50 |
| 11/28/22 | PREPARATION | Prepared Certificate of Service; prepared and served mailout of Order and Notice of Hearing on Motion to Sell | 0.50 | $325.00 | $162.50 |
| 11/28/22 | PREPARATION | Prepared Expedited Motion to Sell Property; correspondence with Debtor's counsel re sale of property; filed Motion in ECF | 2.50 | $325.00 | $812.50 |
| 11/28/22 | WORKED ON | Revised and uploaded proposed order and certificate of service | 0.30 | $325.00 | $97.50 |
| 11/30/22 | REVIEWED | Reviewed title report and questions from closing attorney | 0.50 | $325.00 | $162.50 |
| 12/01/22 | WORKED ON | Communications with attorney for J Chung regarding payoff and balance due at closing | 0.30 | $325.00 | $97.50 |
| 12/01/22 | WORKED ON | Worked with closing attorney to clear title issues | 0.40 | $325.00 | $130.00 |
| 12/02/22 | WORKED ON | Reviewing issues re Federal Tax Lien; correspondence with closing attorney re same | 0.30 | $325.00 | $97.50 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300630)**

**Period: 10/11/22 - 05/01/23**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 12/06/22 | PREPARATION | Preparation for hearing on Motion to Sell Property Free and Clear of Liens | 2.00 | $325.00 | $650.00 |
| 12/07/22 | PREPARATION | Preparation for contested hearing on Motion to Sell; reviewed limited objection to sale | 7.50 | $325.00 | $2,437.50 |
| 12/08/22 | COURT HEARING | Attended Court Hearing on Motion to Sell; revised Proposed Order on Motion to Sell and uploaded to Court; reviewed closing documents, signed, notarized title and seller's affidavit, sent to closing attorny | 4.00 | $325.00 | $1,300.00 |
| 12/09/22 | research | Reviewing legal issues of materialman's lien; correspondence with debtor's counsel re same | 0.50 | $325.00 | $162.50 |
| 12/12/22 | REVIEWED | Reviewed and signed Seller Addendum for Closing; Reviewed Closing Documents; sent to attorney for final closing file | 1.00 | $325.00 | $325.00 |
| 12/14/22 | PREPARATION | Prepared, filed and served Report of Sale | 0.70 | $325.00 | $227.50 |
| 01/06/23 | PREPARATION | Prepared, filed and served Application to Employ CPA | 0.50 | $350.00 | $175.00 |
| 01/10/23 | PREPARATION | Prepared, filed and Served Application to Pay Income Taxes to IRS and GDOR | 1.70 | $350.00 | $595.00 |
| 01/10/23 | REVIEWED | Reviewed Order on Application to Employ CPA and sent to CPA | 0.20 | $350.00 | $70.00 |
| 01/26/23 | PREPARATION | Prepared, filed and served Motion to Continue Hearing on Motion to Pay Taxes | 0.75 | $350.00 | $262.50 |
| 03/09/23 | PREPARATION | Preparation for hearing on Motion to Pay Taxes | 0.50 | $350.00 | $175.00 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300630)**

**Period: 10/11/22 - 05/01/23**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 03/14/23 | COURT HEARING | Preparation for and attended Court Hearing on Motion to Pay Administrative Expenses | 1.75 | $350.00 | $612.50 |
| 03/22/23 | REVIEWED | Reviewed Order allowing payment of taxes; correspondence with CPA re same | 0.30 | $350.00 | $105.00 |
| 05/01/23 | PREPARATION | Prepared Professional Fee Applications and Orders | 0.50 | $350.00 | $175.00 |
| | | **Total for case:** | **28.20** | | **$9,320.00** |
| | | **Grand Total:** | **28.20** | | **$9,320.00** |

# Attorney Expense Worksheet
# Period:
# Attorney for Trustee: Tiffany E. Caron

| | | | |
|---|---|---|---|
| **Case Number:** | **21-40304-EJC** | **Case Name:** | **SEUNG LEE** |
| **Case Type:** | **Asset** | **Judge:** | **Edward J. Coleman III** |
| **Petition Date:** | **05/11/2021** | **341a Meeting:** | **10/07/2022 09:30 AM** |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 10/11/2022 | Mailout Application to Employ Realtor | COPY | 0.25 | $2.50 |
| 11/29/2022 | Mailout Motion to Sell | COPY | 0.30 | $50.40 |
| 12/06/2022 | Copies of Documents for Hearing on Motion to Sell | COPY | 0.25 | $34.75 |
| 12/13/2022 | Copy of Order Approving Sale | COPY | 0.25 | $0.75 |
| 12/14/2022 | Mailout Report of Sale | COPY | 0.25 | $1.00 |
| 01/06/2023 | Mailout Application to Employ CPA | COPY | 0.25 | $1.75 |
| 01/10/2023 | Mailout Application to Pay Income Taxes | COPY | 0.25 | $0.75 |
| 01/26/2023 | Mailout Motion to Continue Hearing | COPY | 0.25 | $1.25 |
| 03/09/2023 | Copies of Motion and Order for Hearing | COPY | 0.25 | $1.25 |
| | **TOTAL for category COPY:** | | | **$94.40** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 10/11/2022 | Mailout Application to Employ Realtor | POST | 1.25 | $1.25 |
| 11/29/2022 | Mailout Motion to Sell | POST | 0.81 | $22.68 |
| 12/14/2022 | Mailout Report of Sale | POST | 0.65 | $0.65 |
| 01/06/2023 | Mailout Application to Employ CPA | POST | 1.25 | $1.25 |
| 01/10/2023 | Mailout Application to Pay Income Taxes | POST | 0.65 | $0.65 |
| 01/26/2023 | Mailout Motion to Continue Hearing | POST | 0.65 | $0.65 |
| | **TOTAL for category POST:** | | | **$27.13** |

**Category:** TRAV

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/15/2023 | Travel to Court for hearing on Motion to Pay Admin Claim | TRAV | 0.65 | $7.86 |
| | **TOTAL for category TRAV:** | | | **$7.86** |

**Category:** OTHR

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/09/2022 | Parking Fee for Hearing on Motion to Sell | OTHR | | $5.05 |
| 12/09/2022 | Mileage to/from hearing on Motion to Sell | OTHR | 0.62 | $16.25 |
| | **TOTAL for category OTHR:** | | | **$21.30** |

**Total for case 21-40304:** **$150.69**